UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

**STATUS REPORT**

Plaintiffs Centro de Trabajadores Unidos and Immigrant Solidarity DuPage submit this status report in response to the Court's minute order of March 7, 2025. The minute order stated that, "[i]f the plaintiffs intend to seek emergency relief, they shall promptly (1) notify the Court and the defendants and (2) consult with the defendants to propose a briefing schedule."

Plaintiffs, through counsel, emailed officials at the Department of Justice (DOJ) on the afternoon of March 7 to provide them a copy of the complaint and the Court's minute order and to request a contact with whom counsel could discuss the possibility of emergency relief. After not receiving a response, counsel followed up with DOJ officials on March 10 and, in response, were informed of the DOJ attorneys who would be handling this litigation. Counsel immediately reached out to DOJ counsel to advise them that Plaintiffs request assurance that taxpayer information will be protected from disclosure while this case is litigated or, barring that, that Plaintiffs would like to negotiate a briefing schedule for emergency relief. Counsel understands

that DOJ counsel has been seeking information from the Internal Revenue Service about the issues raised in this case.

Counsel anticipates that Plaintiffs will submit a proposal for further proceedings regarding interim or emergency relief no later than tomorrow, March 12.

Dated: March 11, 2025

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
   (DC Bar. No. 456750)
Michael T. Kirkpatrick
   (DC Bar. No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
   (DC Bar No. 073114)
George Washington Law School,
2000 H Street NW
Washington D.C. 20052
(202) 994-7120
abmorrison@law.gwu.edu

Kevin L. Herrera
   (Motion for *pro hac vice* forthcoming)
Mark H. Birhanu
   (Motion for *pro hac vice* forthcoming)
Raise the Floor Alliance
1 N. LaSalle St. Ste 1275
Chicago, Illinois 60602
(312) 795-9115
kherrera@raisethefloralliance.org

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing document was electronically filed in this matter with the Clerk of Court, using the ECF system, and that I sent a copy of the filing to the following by electronic mail:

Joseph A. Sergi
Senior Litigation Counsel
Tax Division
United States Department of Justice
One Constitution Square
1275 1St Street, NE
Washington, DC 20530
Joseph.A.Sergi@USDOJ.gov

Andrew J. Weisberg
Tax Division
United States Department of Justice
One Constitution Square
1275 1St Street, NE
Washington, DC 20530
Andrew.J.Weisberg@usdoj.gov

/s/ Nandan M. Joshi
Nandan M. Joshi