UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

**JOINT STATUS REPORT**

The parties submit this status report in response to the Court's minute order of March 11, 2025.

The parties, through counsel, have conferred regarding emergency relief to assure that taxpayer information would be protected from disclosure while this case is litigated. Counsel for Defendants is continuing to confer with Defendants as to the issues raised in the complaint. Counsel for Plaintiffs and Defendants are discussing the filing of a proposed stipulated order that would avoid the need for Plaintiffs to seek a temporary restraining order. In the event the parties are unable to negotiate and file the proposed stipulated order with this Court by March 13, 2025, Plaintiffs intend to file a motion for a temporary restraining order no later than March 14, 2025.

Defendant is not waiving any defenses under Fed. R. Civ. P. 12 by agreeing to this briefing schedule.

Dated: March 12, 2025

<div style="display: flex;">

<div>

/s/ Joseph A. Sergi
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel

Andrew J. Weisberg (N.Y. Bar No.5616321)
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
Joseph.A.Sergi@usdoj.gov

*Counsel for Defendants*

</div>

<div>

/s/ Nandan M. Joshi
Nandan M. Joshi
   (DC Bar. No. 456750)
Michael T. Kirkpatrick
   (DC Bar. No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
   (DC Bar No. 073114)
George Washington Law School,
2000 H Street NW
Washington D.C. 20052
(202) 994-7120
abmorrison@law.gwu.edu

Kevin L. Herrera
   (Motion for *pro hac vice* forthcoming)
Mark H. Birhanu
   (Motion for *pro hac vice* forthcoming)
Raise the Floor Alliance
1 N. LaSalle St. Ste 1275
Chicago, Illinois 60602
 (312) 795-9115
kherrera@raisethefloralliance.org

*Counsel for Plaintiffs*

</div>

</div>