ATTACHMENT 1

## DECLARATION OF ANA GUAJARDO, EXECUTIVE DIRECTOR
## CENTRO DE TRABAJADORES UNIDOS

I, Ana Guajardo, declare as follows:

1.  I am the Executive Director of Centro de Trabajadores Unidos ("CTU"). CTU is a membership organization based in Chicago, Illinois. CTU is a grassroots member-led community organization and worker center serving Chicago's southeast side and south suburbs. CTU strives to build immigrant and worker power by working to advance systemic change that promotes racial, gender and economic justice and stabilizes low-income immigrant communities and communities of color. CTU effectuates its mission by educating workers about their right to organize, sharing information about leadership opportunities and legal rights in immigrant communities, assisting workers seeing to establish business cooperatives, and engaging local parents who wish to improve communities schools through volunteering with CTU's parent-mentor program.

2.  Some of CTU's members work in the United States although they cannot apply for or receive a Social Security Number (SSN). Those members are still required to pay federal income taxes on their earnings. The taxes they pay support federal programs like Social Security and Medicare that they may not benefit from.

3.  Congress created an alternative means of identifying taxpayers who lack a SSN, known as an Individual Taxpayer Identification Number or ITIN. To obtain an ITIN, one must complete an application that includes the applicant's name and address and other identifying information. A copy of the application form W-7 is attached. When they file their federal tax returns, they use their ITIN number and must include their current address (which may be different from the address used to obtain an ITIN), as well as information regarding their dependents and their sources of income.

4.     CTU consistently encourages our members who lack SSNs but who earn enough money to be obligated to pay federal taxes to file tax returns and pay any money that they owe. We do this not only because the law requires the payment of income taxes owed, but also because many of our members hope to regularize their immigration status in the future, and it may be more difficult for them to adjust their status if they have unpaid federal taxes. We also advise our members to pay their taxes because we know that non-payment can carry criminal penalties and that untimely payment can subject the taxpayer to interest and penalties.

5.     When we share information about filing taxes with our members who do not have SSNs and encourage them to obtain an ITIN to pay their federal taxes, we generally inform them that the law protects the information that they provide to the IRS from being disclosed to people outside the IRS. This protection is vital to our members who lack SSNs and might be subject to removal from the United States. That risk would increase significantly if DHS and other agencies of the federal government had access to tax returns and related records.

6.     Based on my experience working with members of CTU, I have found that they enthusiastically follow our advice that they file taxes with the federal government and that they do so on time. Still, those members consistently have concerns about the security of their information and fear that its release could subject them to consequences such as arrest, detention, and removal from the United States. If their ITIN and other tax return information is disclosed to DHS despite the protections of the Tax Code, they would be at great risk of severe harm. Moreover, my experience suggests that workers without SSNs who do not already have ITIN numbers will be much less likely to obtain them and pay federal income taxes if the IRS is permitted to provide DHS with ITIN related information, despite the express protections in the Tax Code.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct. Dated this 13 day of March 2025.

DocuSigned by:

*[signature]*

4DE764C03AAF4DE...

Ana Guajardo

| Form **W-7**<br>(Rev. December 2024)<br>Department of the Treasury<br>Internal Revenue Service | **Application for IRS Individual Taxpayer Identification Number**<br>For use by individuals who are not U.S. citizens or permanent residents.<br>Go to *www.irs.gov/FormW7* for instructions and the latest information. | OMB No. 1545-0074 |
|---|---|---|

*An IRS individual taxpayer identification number (ITIN) is for U.S. federal tax purposes only.*
**Before you begin:**
• **Don't submit** this form if you have, or are eligible to get, a U.S. social security number (SSN).

Application type (check one box):
☐ Apply for a new ITIN
☐ Renew an existing ITIN

**Reason you're submitting Form W-7.** Read the instructions for the box you check. **Caution:** If you check box **b**, **c**, **d**, **e**, **f**, or **g**, **you must file a U.S. federal tax return with Form W-7 unless you meet one of the exceptions** (see instructions).

- **a** ☐ Nonresident alien required to get an ITIN to claim tax treaty benefit (you must also check and complete box h (see instructions))
- **b** ☐ Nonresident alien filing a U.S. federal tax return
- **c** ☐ U.S. resident alien (**based on days present in the United States**) filing a U.S. federal tax return
- **d** ☐ Dependent of U.S. citizen/resident alien      If **d**, enter relationship to U.S. citizen/resident alien (see instructions) _____
- **e** ☐ Spouse of U.S. citizen/resident alien         If **d** or **e**, enter name and SSN/ITIN of U.S. citizen/resident alien (see instructions) _____
- **f** ☐ Nonresident alien student, professor, or researcher filing a U.S. federal tax return or claiming an exception (if claiming an exception, you must also check and complete box h (see instructions))
- **g** ☐ Dependent/spouse of a nonresident alien holding a U.S. visa
- **h** ☐ Other (see instructions) _____

Additional information for **a** and **f**: Enter treaty country _____ and treaty article number _____

| **Name**<br>(see instructions) | **1a** First name | Middle name | Last name |
|---|---|---|---|
| Name at birth if different . . . | **1b** First name | Middle name | Last name |

| **Applicant's Mailing Address** | **2** Street address, apartment number, or rural route number. **If you have a P.O. box, see separate instructions.** |
|---|---|
| | City or town, state or province, and country. Include ZIP code or postal code where appropriate. |

| **Foreign (non-U.S.) Address**<br>(see instructions) | **3** Street address, apartment number, or rural route number. **Don't use a P.O. box number.** |
|---|---|
| | City or town, state or province, and country. Include postal code where appropriate. |

| **Birth Information** | **4** Date of birth (month / day / year)<br>__/__/__ | Country of birth | City and state or province (optional) | **5** ☐ Male<br>☐ Female |
|---|---|---|---|---|

| **Other Information** | **6a** Country(ies) of citizenship | **6b** Foreign tax I.D. number (if any) | **6c** Type of U.S. visa (if any), number, and expiration date |
|---|---|---|---|

**6d** Identification document(s) submitted. (Complete for the first document submitted. For multiple documents, see instructions)
☐ Passport    ☐ Driver's license/State I.D.    ☐ USCIS documentation    ☐ Other _____
Issued by: _____
Number: _____    Exp. date: __/__/__    Date of entry into the United States (MM/DD/YYYY): __/__/__

**6e** Have you previously received an ITIN or an Internal Revenue Service Number (IRSN)?
☐ **No/Don't know.** Skip line 6f.
☐ **Yes.** Complete line 6f. If more than one, list on a sheet and attach to this form (see instructions).

**6f** Enter ITIN and/or IRSN    ITIN ☐☐☐–☐☐–☐☐☐☐    IRSN ☐☐☐–☐☐–☐☐☐☐
and name under which it was issued _____ _____ _____
                                 First name   Middle name   Last name

**6g** Name of college/university or company (see instructions) _____
City and state _____    Length of stay _____

| **Sign Here**<br>Keep a copy for your records. | Under penalties of perjury, I (applicant/delegate/acceptance agent) declare that I have examined this application, including accompanying documentation and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I authorize the IRS to share information with my acceptance agent in order to perfect this Form W-7, Application for IRS Individual Taxpayer Identification Number. |
|---|---|
| | Signature of applicant (if delegate, see instructions) | Date (month / day / year) __/__/__ | Phone number |
| | Name of delegate, if applicable (type or print) | Delegate's relationship to applicant<br>☐ Parent    ☐ Power of attorney    ☐ Court-appointed guardian |

| **Acceptance Agent's Use ONLY** | Signature | Date (month / day / year) __/__/__ | Phone |
|---|---|---|---|
| | | | Fax |
| | Name and title (type or print) | Name of company | EIN | PTIN |
| | | | Office code |

**For Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 10229L    Form **W-7** (Rev. 12-2024)