**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Centro de Trabajadores Unidos, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Scott Bessent, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Secretary of the Treasury Scott Bessent, the Internal Revenue Service, and acting Commissioner of Internal Revenue Melanie Krause are enjoined from disclosing tax return information to the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, the President of the United States, or any other component of the federal government or of a state government seeking such information for purposes of the enforcement of immigration laws.

It is further **ORDERED** that Defendants are enjoined to retrieve and safeguard any such information that has already been disclosed for that purpose.

**SO ORDERED**.

Dated: March ____, 2025

_____
U.S. District Judge