UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-677 (DLF) |

**DECLARATION OF JANE DOE**

I declare as follows:

1. I am using a pseudonym rather than my real name.

2. I am a member of Centro de Trabajadores Unidos. I have been a member for about seven (7) years. I work as a cook.

3. I do not have a Social Security Number (SSN), but I am aware that workers may be obligated to pay federal income taxes based on their earnings even if they do not have a SSN. I learned that workers without SSNs who earn income in the United States can pay their taxes by obtaining an Individual Taxpayer Identification Number or ITIN.

4. I applied for and obtained an ITIN. In doing so, I provided the Internal Revenue Service (IRS) with my name and address and other identifying information.

5. I have filed federal income tax returns and paid taxes for several years. To pay my taxes, I use the official federal income tax forms, on which I include my ITIN and

provide the IRS with my current address and information about my sources of income and my dependents.

6.  Although it has been several years since I applied for my ITIN, I recall being advised that my application and any future tax returns that I filed were required to be kept confidential by the IRS. That protection was very important to me because I am worried that if DHS obtained my name and address from the IRS, I would be at risk of being subjected to removal proceedings that could lead to separation from my family and the life I have made here.

7.  I have not been subjected to a final order of removal.

8.  I have not committed the crime of unlawful re-entry.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct. Dated this 18th day of March 2025.

/S/Jane Doe
Jane Doe

## CERTIFICATE OF TRANSLATION

I, Juan Carlos Lares, certify that I am competent to translate between Spanish and English. I further certify that I translated the above titled Declaration of Jane Doe and that the translation is true and accurate to the best of my abilities.

*Juan Carlos Lares*

---

Juan Carlos Lares
312-795-9115
1 N. La Salle St., Ste 1275
Chicago, IL 60602
Dated: March 18, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-677 (DLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARACIÓN DE JANE DOE**

Declaro lo siguiente:

1. Estoy usando un seudónimo en lugar de mi nombre real.

2. Soy miembro del Centro de Trabajadores Unidos. He sido miembro durante aproximadamente siete (7) años. Trabajo como cocinera.

3. No tengo un Número de Seguro Social (SSN), pero soy consciente de que los trabajadores pueden estar obligados a pagar impuestos federales sobre los ingresos en función de sus ganancias, incluso si no tienen un SSN. Aprendí que los trabajadores sin SSN que obtienen ingresos en los Estados Unidos pueden pagar sus impuestos obteniendo un Número de Identificación Personal del Contribuyente o ITIN.

4.     Solicité y obtuve un ITIN. Al hacerlo, proporcioné al Servicio de Impuestos Internos (IRS, por sus siglas en inglés) mi nombre y dirección y otra información de identificación.

5.     He presentado declaraciones de impuestos federales sobre los ingresos y he pagado impuestos durante varios años. Para pagar mis impuestos, utilizo los formularios oficiales de impuestos federales sobre los ingresos, en los que incluyo mi ITIN y proporciono al IRS mi dirección actual e información sobre mis fuentes de ingresos y mis dependientes.

6.     Aunque han pasado varios años desde que solicité mi ITIN, recuerdo que me informaron que el IRS debía mantener la confidencialidad de mi solicitud y de cualquier declaración de impuestos futuros que presentara.  Esa protección fue muy importante para mí porque me preocupa que si el DHS obtiene mi nombre y dirección del IRS, estaría en riesgo de ser sujeto a procedimientos de deportación que podrían llevar a la separación de mi familia y la vida que he hecho aquí.

7.     No he sido sometido a una orden final de expulsión.

8.     No he cometido el delito de reingreso ilegal.

De conformidad con 28 U.S.C. § 1746, por la presente declaro bajo pena de perjurio que las declaraciones anteriores son verdaderas y correctas.  Con fecha del día 18th de marzo de 2025.

/S/Jane Doe
Jane Doe