# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No. 25-677 (DLF) |
| v. | )<br>) |
| SCOTT BESSENT, et al., | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael T. Kirkpatrick as counsel for plaintiffs Somos Un Pueblo Unido, and Inclusive Action for the City.

Dated: March 26, 2025

Respectfully submitted,

/s/ *Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org

*Counsel for Plaintiffs*