AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Centro de Trabajadores Unidos and Immigrant Solidarity DuPage

*Plaintiff(s)*

v.

Scott Bessent, in his official capacity as Secretary of the Treasury; Internal Revenue Service; and Melanie Krause, in her official capacity as acting Commissioner of Internal Revenue

*Defendant(s)*

Civil Action No. 25-677 -DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 3/7/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-677

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Attorney for D.C.
was received by me on *(date)* 3/27/2025 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* I served the U.S. attorney for D.C. by email on March 27, 2025. The service package was received and accepted with a service date of March 27, 2025, as shown on the attached email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/30/2025

*Server's signature*

Nandan M. Joshi
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

# Nandan Joshi

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Sunday, March 30, 2025 3:54 PM |
| **To:** | Nandan Joshi |
| **Subject:** | RE: Centro de Trabajadores v. Bessent, No. 25-677 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Your service package has been received and accepted with a service date of March 27, 2025.  Thank you.

**From:** Nandan Joshi <njoshi@citizen.org>
**Sent:** Thursday, March 27, 2025 3:21 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Centro de Trabajadores v. Bessent, No. 25-677

On March 26, 2025, an amended complaint was filed in the referenced case, which added additional federal defendants (as well as additional plaintiffs) to the case. The service package for the amended complaint is attached.

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Sunday, March 16, 2025 6:42 PM
**To:** Nandan Joshi <njoshi@citizen.org>
**Subject:** RE: Centro de Trabajadores v. Bessent, No. 25-677

Your service package has been received and accepted with a service date of March 7, 2025.  Thank you.

**From:** Nandan Joshi <njoshi@citizen.org>
**Sent:** Friday, March 7, 2025 12:41 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Centro de Trabajadores v. Bessent, No. 25-677

Please find attached the service documents in the referenced case.

1