UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

**[PROPOSED] ORDER DENYING PRELIMINARY INJUNCTION AND DISMISSING CASE**

Upon consideration of Plaintiffs' motion for a preliminary injunction (ECF No. 28), Defendants' opposition and motion to dismiss (ECF Nos. 30 and 31), and Plaintiffs' brief in reply (ECF No. _____), and the full record before the Court, it is hereby:

1. **ORDERED** that Plaintiffs' motion for a preliminary injunction (ECF No. 28) is **DENIED**.

2. **ORDERED** that Defendants' motion to dismiss the amended complaint (ECF No. 31) is **GRANTED**. The amended complaint is **DISMISSED WITHOUT PREJUDICE**.

3. **ORDERED** that the Clerk is directed to close this case.

**SO ORDERED**.

Dated: _____ _____, 2025

_____
**HON. DABNEY L. FRIEDRICH**
**UNITED STATES DISTRICT JUDGE**