UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

## DECLARATION OF KEVIN COENEN

1. I, Kevin F. Coenen, am currently an employee of Homeland Security Investigations (HSI), Office of Intelligence (HSI Intel), a component within Immigration and Customs Enforcement (ICE) within the Department of Homeland Security (DHS). I currently serve as an Executive Action Officer supporting the Assistant Director and the Deputy Assistant Director for HSI Intel. I have been handling and safeguarding sensitive information on behalf of the U.S. federal government for most of my career since 1988 to include parts of the Department of Defense (DoD), the Intelligence Community and various federal law enforcement agencies. I have been an employee of HSI Intel since 2008 and regularly handle and mark sensitive materials in my role working with criminal analysis and governance materials applied to that process.

2. HSI investigates domestic and international activities that arise from the illegal movement of people and goods into, within, and out of the United States.  These include, for example,

immigration fraud, human rights violations, financial crimes, cybercrimes, export enforcement issues, and human, narcotic, and weapons smuggling.

3. Through the exercise of my official duties, I have become familiar with the above-captioned civil action. I submit this declaration to explain the grounds asserted over the redacted information contained in the Memorandum of Understanding ("MOU") between The U.S. Department of the Treasury, Internal Revenue Service ("IRS") and ICE contained in Exhibit A to Defendant's Joint Opposition to Plaintiff's Motion for Preliminary Injunction and Motion to Dismiss the Amended Complaint (Dkt. 30-1 at 5-19).

4. Based upon my personal review of the MOU, the redacted information constitutes Law Enforcement Sensitive information. ICE Directive 4003.2 "Safeguarding Law Enforcement Sensitive Information," effective May 20, 2014, Part 1 of the Directive defines Law Enforcement Sensitive information ("LES") as information that:

. ...*must be marked to ensure its protection. The loss or misuse of or unauthorized access to, such information could adversely affect the national interest, the conduct of investigative work, or the privacy to which individuals are entitled under the Privacy Act... The loss or misuse of, or the unauthorized access to, such information could also cause the obstruction or impairment of official law enforcement, or regulatory functions; damage leading to loss of life or personal injury; loss of property through fraud, theft, or other lawful means...*

5. Further, in the definition of LES, Part 3.11, the Directive describes LES information as:

*A type of FOUO [For Official Use Only] information that is compiled for law enforcement purposes which the loss or misuse of, or unauthorized access to could adversely affect the national interest or the conduct of investigative work, disclose the identity of a confidential informant or source of information, endanger life or physical safety...*

6. The redacted information is LES because disclosure of this information would allow third parties to evade or interfere with investigations related to criminal offenses enforced by ICE. Although it is publicly known that ICE and IRS have entered into an agreement to share information, the manner which and what type of information being shared is LES. Release of this information would interfere with ICE's investigations and operations to enforce criminal laws. Paragraphs 1(e), 3, 5(A), 5(C), 5(D), 6(A), 6(C)(2), 6(D), 6(E), 6(F), 7(A)(1), 7(A)(2)(b), and 16 all describe the specific information ICE is requesting from IRS. Paragraph 5(D) also has some additional detail about how the IRS may respond to a proper request. Should this information be revealed, third parties might be able to manipulate the information provided to the IRS.

7. Paragraph 7(A)(2)(a) describes what information ICE stores in a system of records. This information is LES because disclosing it might tend to reveal how ICE is selecting potential subjects of a criminal investigation.

8. Consistent with these law enforcement goals, I have attached, as Exhibit A, a more concisely redacted version of the MOU, which releases as much information as possible while still maintaining the law enforcement goals described above.

9. I swear under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief. As per the above definition, not redacting this information would reveal a valuable law enforcement source to those who seek to violate our nation's laws.

Executed this 14th day of April 2025.

_____
Kevin Coenen
Executive Action Officer
Homeland Security Investigations
U.S. Immigration and Customs Enforcement