# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>          Defendants. | Civil Action No. 25-677 (DLF) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The IRS and ICE have executed an Implementation Agreement that serves as a technical framework for information sharing between the agencies. The Department of Homeland Security has designated parts of the Implementation Agreement as law enforcement sensitive. Accordingly, to enable counsel for the Defendants to share the unredacted Implementation Agreement with counsel for the Plaintiffs and to memorialize the Court's oral protective order at the April 16 hearing, the parties respectfully request that the Court enter the attached proposed protective order.

1

Date: April 21, 2025

| | |
|---|---|
| */s/ Nandan M. Joshi*<br><br>NANDAN M. JOSHI<br>(DC Bar No. 456750)<br>Public Citizen Litigation Group<br>1600 20th Street, NW<br>Washington, D.C. 20009<br>(202) 588-7733<br>njoshi@citizen.org<br><br>*Counsel for Plaintiffs*<br><br>**Signed with express permission of counsel* | */s/ Andrew J. Weisberg*<br>Joseph A. Sergi (D.C. Bar No. 480837)<br>Senior Litigation Counsel<br><br>Andrew J. Weisberg (N.Y. Bar No. 5616321)<br>Trial Attorney<br>Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Washington, DC 20044<br>Telephone: (202) 305-0868<br>Joseph.A.Sergi@usdoj.gov<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that on April 21, 2025, I filed the foregoing Joint Motion for Entry of a Protective Order with the Clerk of Court using the CM/ECF system, which will serve counsel for Plaintiffs.

>   */s/ Andrew J. Weisberg*
>   Andrew J. Weisberg
>   Trial Attorney, Tax Division
>   U.S. Department of Justice

2