# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

## **PROPOSED PROTECTIVE ORDER**

The PLAINTIFFS and DEFENDANTS, through their attorneys, hereby stipulate and agree that:

The DEFENDANTS agree to share unredacted copies of the Memorandum of Understanding and the Implementation Agreement between the IRS and ICE with counsel for PLAINTIFFS. PLAINTIFFS' counsel agree that they will not share the unredacted Implementation Agreement or the unredacted Memorandum of Understanding with anyone else (including any members of their firms or organizations who have not filed a notice of appearance in this action, except for the Litigation Director for Public Citizen Litigation Group), pending resolution of any disputes regarding whether the redacted information should be withheld from the parties and the public. PLAINTIFFS reserve the right to challenge any redactions that they believe are not well supported by law. Any non-public information will only be filed with the Court under seal. Copies of the unredacted documents will be destroyed or deleted at the conclusion of this litigation. This Order memorializes the Court's oral protective order at the April 16 hearing.

IT IS SO ORDERED:

Dated: April _____, 2025

_____
HON. DABNEY L. FRIEDRICH

Submitted By:

| | |
|---|---|
| */s/ Nandan M. Joshi*\* | */s/ Andrew J. Weisberg* |
| NANDAN M. JOSHI | Joseph A. Sergi (D.C. Bar No. 480837) |
| (DC Bar No. 456750) | Senior Litigation Counsel |
| Public Citizen Litigation Group | |
| 1600 20th Street, NW | Andrew J. Weisberg (N.Y. Bar No. 5616321) |
| Washington, D.C. 20009 | Trial Attorney |
| (202) 588-7733 | Tax Division |
| njoshi@citizen.org | U.S. Department of Justice |
| | P.O. Box 14198 |
| *Counsel for Plaintiffs* | Washington, DC 20044 |
| | Telephone: (202) 305-0868 |
| \**Signed with express permission of counsel* | Joseph.A.Sergi@usdoj.gov |
| | *Counsel for Defendants* |