UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTRO DE TRABAJADORES
UNIDOS, et al.,

    Plaintiffs,

    v.

SCOTT BESSENT, in his official
capacity as Secretary of the Treasury, et
al.,

    Defendants.

Civil Action No. 25-677 (DLF)

## PROTECTIVE ORDER

    The PLAINTIFFS and DEFENDANTS, through their attorneys, hereby stipulate and agree that:

    The DEFENDANTS agree to share unredacted copies of the Memorandum of Understanding and the Implementation Agreement between the IRS and ICE with counsel for PLAINTIFFS. PLAINTIFFS' counsel agree that they will not share the unredacted Implementation Agreement or the unredacted Memorandum of Understanding with anyone else (including any members of their firms or organizations who have not filed a notice of appearance in this action, except for the Litigation Director for Public Citizen Litigation Group), pending resolution of any disputes regarding whether the redacted information should be withheld from the parties and the public. PLAINTIFFS reserve the right to challenge any redactions that they believe are not well supported by law. Any non-public information will only be filed with the Court under seal. Copies of the unredacted documents will be destroyed or deleted at the conclusion of this litigation. This Order memorializes the Court's oral protective order at the April 16 hearing.

IT IS SO ORDERED:

Dated: April 21, 2025

_____
HON. DABNEY L. FRIEDRICH