# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

**DECLARATION OF JOHN J. WALKER**

I, John J. Walker, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as the Acting Chief Privacy Officer in the Internal Revenue Service (IRS).

2. The Chief Privacy Officer oversees the Office of Privacy, Governmental Liaison and Disclosure (PGLD), a business unit with the IRS. PGLD is responsible for protecting the privacy of sensitive return and return information of taxpayers and employees and enforcing the confidentiality provisions of 26 U.S.C. § 6103.

3. As the Acting Chief Privacy Officer, my duties include overseeing the management of this multi-faceted privacy program, ensuring compliance with the Privacy Act, the Freedom of Information Act, the Federal Records Act and 26 U.S.C. § 6103. In addition, I also oversee data exchanges with federal, state, and local government agencies and IRS authentication activities, as well as safeguarding federal tax return and return information in the possession of the IRS

exchange partners. As part of this program, I am required to review certain requests to share tax return information and determine, in coordination with the IRS Office of Chief Counsel, whether such disclosures would be permissible under 26 U.S.C. § 6103.

4. As of April 28, 2025, the IRS has not released any tax return information to DHS or ICE based on the Memorandum of Understanding between Treasury and DHS executed on April 7, 2025.

5. As of April 28, 2025, the IRS has not received any requests for return information from DHS or ICE based on the Memorandum of Understanding between Treasury and DHS executed on April 7, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2025

John J. Walker
Digitally signed by John J. Walker
Date: 2025.04.28 16:08:46 -04'00'