UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al._____*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al._____*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 25-cv-677-DLF<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION BY AMERICAN OVERSIGHT TO INTERVENE
## FOR ACCESS TO JUDICIAL DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 24(b), American Oversight respectfully requests this Court's leave to intervene permissively for the limited purpose of seeking to unseal or otherwise make available judicial records not currently available to the public in this matter.

Prospective intervenor's requested relief is rooted in the public's common law right to access these records, a right which cannot be exercised when judicial documents are shielded from public view. This right is especially important in this case, where the sealed records will shed light on how the IRS intends to share taxpayer data with immigration enforcement agencies to facilitate the Trump Administration's express goal of mass deportations, as well as the government's arguments in support of the policy.

**Duty to Confer.** Pursuant to Local Rule 7(m) and this Court's Standard Order for Civil Cases, ECF No. 6, American Oversight conferred with Plaintiffs and Defendants. Plaintiffs do not oppose American Oversight's motion, and Defendants indicated that they "oppose the relief requested."

The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion to Intervene and for Access to Judicial Documents.

Dated: May 1, 2024

Respectfully submitted,

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
danny.martinez@americanoversight.org
loree.stark@americanoversight.org

*Counsel for Prospective Intervenor American Oversight*

2