CO-386
10/2018

# United States District Court
# For the District of Columbia

Centro de Trabajadores Unidos, et al.  )
)
)
)
vs      Plaintiff  )   Civil Action No. 25-cv-677-DLF
)
Scott Bessent, in his official capacity )
as Secretary of the Treasury, et al.  )
)
Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  American Oversight  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  American Oversight  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Daniel Martinez*
Signature

90025922
BAR IDENTIFICATION NO.

Daniel H. Martinez
Print Name

1030 15th Street NW, B255
Address

Washington, DC 20005
City         State         Zip Code

(202) 897-2465
Phone Number