## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Centro de Trabajadores Unidos, et al.,

　　　　Plaintiffs,

　　　　v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

　　　　Defendants.

Civil Action No. 25-677 (DLF)

## PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE
## AND FOR ACCESS TO JUDICIAL RECORDS

Pursuant to this Court's minute order of May 1, 2025, Plaintiffs Centro de Trabajadores Unidos, Immigrant Solidarity DuPage, Somos Un Pueblo Unido, and Inclusive Action for the City submit this response to the motion for intervention and for access to judicial records filed by movant American Oversight, ECF 59. American Oversight seeks intervention for the limited purpose of seeking access to judicial records in this matter than are currently not available to the public. Such records include (1) the redacted portions of the memorandum of understanding (MOU) between the Departments of Homeland Security and Treasury (a public version of which is available at ECF 38-1); (2) the redacted portions of Plaintiffs' April 23, 2025, supplemental memorandum (a public version of which is available at ECF 48); (3) the redacted portions of Defendants' April 28 reply to Plaintiffs' supplemental memorandum (a public version of which is available at ECF 60); and (4) Plaintiffs' and Defendants' motions for leave to file under seal and proposed orders, ECF 47, 50.

Plaintiffs support American Oversight's motion. At the outset, Plaintiffs note that none of the documents at issue contain information that Plaintiffs wish to shield from public disclosure.

Plaintiffs jointly agreed with Defendants to entry of a protective order so that Plaintiffs could obtain access to an unredacted copy of the MOU and Defendants' separate Implementation Agreement to facilitate briefing of Plaintiffs' motion for a preliminary injunction. *See* ECF 44, 46. Plaintiffs, however, have no interest in barring the public from obtaining complete access to these judicial records so that interested parties may follow the progress of this litigation.

Plaintiffs also agree with American Oversight that granting intervention for the limited purpose of seeking access to judicial records is appropriate. There is a "strong presumption in favor of public access to judicial proceedings." *Doe v. Noem*, No. CV 25-769, 2025 WL 958249, at *2 (D.D.C. Mar. 31, 2025). Here, as Plaintiffs' arguments before this Court have indicated, the public—and immigrant communities in particular—have a strong interest in understanding fully the arrangement between U.S. Immigration and Customs Enforcement and the Internal Revenue Service regarding the sharing of taxpayer information. Plaintiffs agree with American Oversight that intervention would not prejudice Plaintiffs or the progress of this litigation. *See* ECF 59-1, at 7–8. Briefing on the motion for a preliminary injunction has been completed, and the question whether judicial records should be unsealed is collateral to the issues raised in this litigation.

Plaintiffs also agree with American Oversight that Defendants have not yet satisfied the applicable standard for keeping judicial records under seal. *See id*. at 7–8, 9–16. Given the presumption of openness that applies to all judicial records, the records covered by the protective order should not be kept under seal based solely on the agreement of the parties. Rather, if the records are to be shielded from public view, the Court should make the requisite findings that sealing is warranted. Granting American Oversight's motion to intervene would provide an appropriate mechanism for addressing the sealing question.

May 5, 2025

Kevin L. Herrera
  (Motion for *pro hac vice* forthcoming)
Mark H. Birhanu
  (Motion for *pro hac vice* forthcoming)
Raise the Floor Alliance
1 N. LaSalle Street, Suite 1275
Chicago, Illinois 60602
(312) 795-9115
kherrera@raisetheflooralliance.org

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
  (DC Bar No. 456750)
Michael T. Kirkpatrick
  (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
  (DC Bar No. 073114)
George Washington Law School,
2000 H Street, NW
Washington, DC 20052
(202) 994-7120
abmorrison@law.gwu.edu

*Counsel for Plaintiffs*