AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

[ ▼ ]

| | | |
|---|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-cv-677-DLF |
| BESSENT, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Oversight                                                                                           .

Date:      May 5, 2025

/s/ Loree Stark
*Attorney's signature*

Loree Stark, D.C. Bar No. 90021926
*Printed name and bar number*

American Oversight
1030 15th St. NW, B255
Washington, DC 20005
*Address*

loree.stark@americanoversight.org
*E-mail address*

304-913-6114
*Telephone number*

202-871-2563
*FAX number*

[ Print ]      [ Save As... ]                                    [ Reset ]