UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al.<br><br>                    Plaintiffs,<br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 25-cv-677-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING AMERICAN OVERSIGHT'S MOTION TO INTERVENE AND FOR ACCESS TO JUDICIAL RECORDS**

Upon consideration of Prospective Intervenor American Oversight's Motion to Intervene and For Access to Judicial Documents, ECF No. 59, Plaintiffs' Response to Motion to Intervene and for Access to Judicial Records, ECF No. 61, Defendants' Opposition to Motion to Intervene, ECF No. 63, the entire record therein, and for good cause shown, it is hereby

**ORDERED** that American Oversight's Motion to Intervene is **GRANTED**.

**ORDERED** that American Oversight's Motion For Access to Judicial Documents is **GRANTED**.

**ORDERED** that Plaintiffs shall file within two days of the entry of this Order an unredacted copy of their Supplemental Memorandum.

**ORDERED** that Defendants shall file within two days of the entry of this Order an unredacted version of their Reply to Plaintiffs' Supplemental Memorandum.

      The Clerk of the Court is directed to unseal ECF Nos. 47-1, 50-1, and to place on the public docket the unredacted Memorandum of Understanding submitted to the Court at the April 16, 2025 hearing.

      **SO ORDERED**.

Date: _____            _____
                                                                  DABNEY L. FRIEDRICH
                                                                  United States District Judge