## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 25-677 (DLF) |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., | |
| Defendants. | |

### DEFENDANTS' NOTICE OF FILING OF MOU

The United States notifies the Court that pursuant to the order dated May 12, 2025, it is filing a copy of the Memorandum of Understanding Between Treasury and DHS dated April 7, 2025, attached as **Exhibit A**. The MOU attached as Exhibit A is unredacted except for the names of the IRS points of contact on page 13 of the MOU (page 16 of Exhibit A).

Date: May 13, 2025

*/s/ Andrew J. Weisberg*
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel

Andrew J. Weisberg (N.Y. Bar No. 5616321)
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
Joseph.A.Sergi@usdoj.gov
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I certify that on May 13, 2025, I filed the foregoing Notice of Filing of MOU with the

Clerk of Court using the CM/ECF system, which will serve counsel for the plaintiffs and all

other parties to this action.

*/s/ Andrew J. Weisberg*
Andrew J. Weisberg
Trial Attorney, Tax Division
U.S. Department of Justice
