UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Centro de Trabajadores Unidos, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Civil Action No. 25-677 (DLF) |

NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction, entered in this action on May 12, 2025 (Dkt. 67).

Dated: May 21, 2025

Kevin L. Herrera
  (admitted *pro hac vice*)
Mark H. Birhanu
  (admitted *pro hac vice*)
Raise the Floor Alliance
1 N. LaSalle Street, Suite 1275
Chicago, Illinois 60602
(312) 795-9115
kherrera@raisethefflooralliance.org

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
  (DC Bar No. 456750)
Michael T. Kirkpatrick
  (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
  (DC Bar No. 073114)
George Washington Law School
2000 H Street, NW
Washington, DC 20052
(202) 994-7120
abmorrison@law.gwu.edu

*Counsel for Plaintiffs*