UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Civil Action No. 25-677 (DLF) |

**DEFENDANTS' NOTICE ON STATUS OF REQUESTS FOR RETURN INFORMATION**

In previous filings and hearings on this matter, the United States informed this Court that the IRS had neither received any request nor released any information to ICE under the terms of the MOU between DHS and Treasury dated April 7, 2025. Since then, the IRS responded to requests for return information made by ICE pursuant to the MOU. The IRS did so only as consistent with the MOU and 26 U.S.C. § 6103(i)(2).

Date: August 12, 2025

/s/ Andrew J. Weisberg
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel

Andrew J. Weisberg (N.Y. Bar No. 5616321)
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
Joseph.A.Sergi@usdoj.gov
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2025, I filed the foregoing Notice on Status of Requests for Return Information with the Clerk of Court using the CM/ECF system, which will serve counsel for the plaintiffs and all other parties to this action.

>  */s/ Andrew J. Weisberg*
>  Andrew J. Weisberg
>  Trial Attorney
>  Tax Division
>  U.S. Department of Justice