UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Civil Action No. 25-677 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of February 19, 2026, the parties respectfully submit as follows:

1. In the February 19 minute order, this Court stayed this case pending the D.C. Circuit's decision in D.C. Circuit Case No. 25-5181 and directed the parties to file a joint status report within seven days of that decision.

2. On February 24, 2026, the D.C. Circuit issued a decision in D.C Cir. No. 25-5181 affirming this Court's denial of Plaintiffs' motion for a preliminary injunction (ECF 67).

3. Two district courts have issued stays and/or preliminary injunctions that are currently in effect and that limit Defendants' sharing and use of taxpayer information. These decisions were issued while No. 25-5181 was pending in the D.C. Circuit and have not previously been brought to this Court's attention.

    a. On November 21, 2025, Judge Kollar-Kotelly issued a memorandum opinion and an order in *Center for Taxpayer Rights v. Internal Revenue Service*, No. 25-0457

(D.D.C.), which applies to the Internal Revenue Service (IRS), the Department of the Treasury, and Scott Bessent, in his official capacity as Secretary of the Treasury and his official capacity as Acting Commissioner of the IRS. A copy of Judge Kollar-Kotelly's memorandum opinion and her order are attached hereto as **Attachment A** and **Attachment B**, respectively. The government's appeal from that decision is currently pending in the D.C. Circuit, Case No. 26-5006.

        b.        On February 5, 2026, the U.S. District Court for the District of Massachusetts issued a memorandum and order in *Community Economic Development Center v. Bessent*, No. 1:25-cv-12822 (D. Mass.), which applies to the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), DHS Secretary Kristi Noem, and ICE Acting Director Todd Lyons. A copy of the memorandum and order is attached hereto as **Attachment C**.

    4.    Pursuant to Federal Rules of Appellate Procedure 40(d)(1) and 41(b) and D.C. Circuit Rules 40(a) and 41(a), the D.C. Circuit will issue its mandate in No. 25-5181 on or after April 10, 2026. The appeal in *Center for Taxpayer Rights* has not yet been scheduled for argument.

    5.    In light of the foregoing, the parties, through counsel, have conferred and jointly agree that the stay of this case should continue until the D.C. Circuit has issued a decision in *Center for Taxpayer Rights*.

    6.    The parties jointly propose that the Court continue the stay and direct the parties, within 7 days of the issuance of the D.C. Circuit's decision in *Center for Taxpayer Rights*, to submit a status report that includes a proposal to govern future proceedings.

Dated: March 3, 2026

/s/ *Andrew J. Weisberg*
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel
Andrew J. Weisberg (N.Y. Bar No. 5616321)
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
Andrew.J.Weisberg@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ *Nandan M. Joshi*
Nandan M. Joshi
   (DC Bar No. 456750)
Michael T. Kirkpatrick
   (DC Bar. No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
   (DC Bar No. 073114)
George Washington Law School
2000 H Street NW
Washington, DC 20052
(202) 994-7120
abmorrison@law.gwu.edu

Kevin L. Herrera
   (Admitted *pro hac vice*)
Mark H. Birhanu
   (Admitted *pro hac vice*)
Raise the Floor Alliance
1 N. LaSalle St. Ste 1275
Chicago, Illinois 60602
(312) 795-9115
kherrera@raisetheflooralliance.org

*Counsel for Plaintiffs*