**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-677 (DLF) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Trial Attorney Andrew J. Weisberg as co-counsel for the Defendants in the above-captioned matter. Senior Litigation Counsel Joseph A. Sergi remains as counsel for the Defendants.

Date: April 15, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ Andrew J. Weisberg
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel

Andrew J. Weisberg (N.Y. Bar No. 5616321)
Trial Attorneys

1

Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
Joseph.A.Sergi@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the plaintiffs and all other parties to this action.

*/s/ Andrew J. Weisberg*
Andrew J. Weisberg
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice

2