# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5181**                                                    **September Term, 2025**

**1:25-cv-00677-DLF**

**Filed On: April 20, 2026** [2169493]

Centro de Trabajadores Unidos, et al.,

      Appellants

    v.

Scott Bessent, in his capacity as Secretary
of the Treasury, et al.,

      Appellees

## M A N D A T E

In accordance with the judgment of February 24, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

              BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk

Link to the judgment filed February 24, 2026