**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Civil Action No. 25-677 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute orders of March 5, 2026, and June 23, 2026, the parties respectfully submit as follows:

1. In the March 5 minute order, the Court stayed this case pending the D.C. Circuit's decision in *Center for Taxpayer Rights v. IRS*, Case No. 26-5006, and directed the parties to file a joint status report within seven days of that decision.

2. In the June 23 minute order, the Court directed the parties to file a joint status report on or before October 30, 2026, updating the Court on the status of the D.C. Circuit's decision in *Center for Taxpayer Rights.*

3. On September 8, 2026, the D.C. Circuit issued its decision in *Center for Taxpayer Rights*. The decision affirms a November 21, 2025, preliminary injunction issued by Judge Kollar-Kotelly in No. 25-0457 (D.D.C.) against the Internal Revenue Service (IRS), the Department of the Treasury, and Scott Bessent, in his official capacity as Secretary of the Treasury and his official capacity as Acting Commissioner of the IRS. The preliminary injunction restricts the IRS's sharing

of taxpayer information with the Department of Homeland Security and U.S. Customs and Immigration Enforcement. *See* ECF 75-1 and 75-2 for Judge Kollar-Kotelly's decision. A copy of the D.C. Circuit's decision is attached hereto.

4. Pursuant to Federal Rule of Appellate Procedure 40(d)(1) and D.C. Circuit Rule 40(a), the time for seeking panel rehearing or rehearing en banc of the D.C. Circuit's decision in *Center for Taxpayer Rights* will expire on October 23, 2026.

5. In light of the foregoing, the parties, through counsel, have conferred and jointly agree that the stay of this case should continue until the time for seeking panel rehearing or rehearing en banc has expired or, if rehearing is sought, until the D.C. Circuit resolves the rehearing petition.

6. The parties jointly propose that the Court continue the stay in this case for such period of time and direct the parties, within 7 days of the completion of any rehearing proceedings in *Center for Taxpayer Rights* or by March 5, 2027, whichever is earlier, to submit a status report that includes a proposal to govern future proceedings.

Dated: September 15, 2026

/s/ Joseph A. Sergi
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
Andrew.J.Weisberg@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
(DC Bar No. 456750)
Michael T. Kirkpatrick
(DC Bar. No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
(DC Bar No. 073114)
George Washington Law School
2000 H Street NW
Washington, DC 20052
(202) 994-7120
abmorrison@law.gwu.edu

Kevin L. Herrera
(Admitted *pro hac vice*)
Mark H. Birhanu
(Admitted *pro hac vice*)
Raise the Floor Alliance
1 N. LaSalle St. Ste 1275
Chicago, Illinois 60602
(312) 795-9115
kherrera@raisetheflooralliance.org

*Counsel for Plaintiffs*