**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTRO DE TRABAJADORES UNIDOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Civil Action No. 25-677 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of September 16, 2026, the parties respectfully submit as follows:

1. This case has been stayed pending the completion of any rehearing proceedings in *Center for Taxpayer Rights v. IRS*, Case No. 26-5006 (D.C. Cir.).

2. In the September 16 minute order, the Court directed the parties to file a joint status report on or before the earlier of March 5, 2027, or seven days after the completion of any rehearing proceedings in *Center for Taxpayer Rights.*

3. Following an extension, the time for seeking panel rehearing or rehearing en banc of the D.C. Circuit's decision in *Center for Taxpayer Rights* expired on November 13, 2026, with no petition having been filed. The D.C. Circuit's mandate will issue on November 20, 2026. *See* Fed. R. App. P. 41(b).

4. The preliminary injunction issued on November 21, 2025, by Judge Kollar-Kotelly in *Center for Taxpayer Rights*, No. 25-0457 (D.D.C.), remains in effect and restricts the IRS's

sharing of taxpayer information with the Department of Homeland Security and U.S. Customs and Immigration Enforcement.

5. The parties in *Center for Taxpayer Rights* filed a Joint Status Report, which stated: "Defendants did not seek further review of the D.C. Circuit's decision. The D.C. Circuit's mandate will issue on November 20, 2026. The parties have agreed to begin good faith conferral regarding the production of an administrative record this week." *See Center for Taxpayer Rights,* Case No. 1:25-cv-00457-CKK, DKT 83 at 1.

6. In light of the foregoing, the parties, through counsel, have conferred and jointly agree that the stay of this case should continue for another month to allow the parties time to confer amongst themselves and with each other to determine how they wish to proceed in this case. The parties need this time because lead counsel for Plaintiffs is away until December 4, 2026, and counsel for Defendants will be away from December 2 to December 14, 2026.

7. The parties jointly propose that the Court continue the stay in this case and direct the parties to submit a status report that includes a proposal to govern future proceedings by December 18, 2026.

Dated: November 18, 2026

*/s/ Joseph A. Sergi*
Joseph A. Sergi (D.C. Bar No. 480837)
Senior Litigation Counsel
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 305-0868
joseph.a.sergi@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ Michael T. Kirkpatrick*
Nandan M. Joshi
(DC Bar No. 456750)
Michael T. Kirkpatrick
(DC Bar. No. 486293)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org

Alan B. Morrison
(DC Bar No. 073114)
George Washington Law School
2000 H Street NW
Washington, DC 20052
(202) 994-7120
abmorrison@law.gwu.edu

Kevin L. Herrera
(Admitted *pro hac vice*)
Mark H. Birhanu
(Admitted *pro hac vice*)
Raise the Floor Alliance
1 N. LaSalle St. Ste 1275
Chicago, Illinois 60602
(312) 795-9115
kherrera@raisetheflooralliance.org

*Counsel for Plaintiffs*